1  IGNACIA S. MORENO
   Assistant Attorney General
2  Environment and Natural Resources Division

3  MICHELLE R. LAMBERT
   Trial Attorney
4  U.S. Department of Justice
   Environmental Defense Section
5  P.O. Box 23986
   Washington, D.C. 20026-3986
6  Tel:   (202) 616-7501
   Fax:   (202) 514-8865
7  Email: michelle.lambert@usdoj.gov
   *Attorney for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| COMITE CIVICO DEL VALLE, INC., | Case No. 10-cv-02859-PJH |
| Plaintiff, | **STIPULATION TO CONTINUE ANSWER AND INITIAL CASE MANAGEMENT DEADLINES** |
| v. | |
| LISA JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, and JARED BLUMENFELD, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency, | **AND** **[~~PROPOSED~~] ORDER THEREON** |
| Defendants. | |

WHEREAS, on June 29, 2010, Plaintiff Comite Civico del Valle, Inc. filed the complaint in the above-captioned matter against Defendants Lisa P. Jackson, in her official capacity as Administrator of the United States Environmental Protection Agency, and Jared Blumenfeld, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency (collectively, "EPA"), alleging that EPA failed to fulfill a certain non-discretionary duty under the Clean Air Act, 42 U.S.C. §§ 7401-7671q, and that such alleged failure is actionable under section 304(a)(2) of the Act, 42 U.S.C. § 7604(a)(2);

WHEREAS, Plaintiff and EPA seek to resolve this case through private settlement, thereby reducing litigation expenses and preserving the Court's resources, and are currently engaged in settlement discussions;

WHEREAS, any final settlement of this case must be approved by authorized officials at the United States Department of Justice and EPA, a process that can take several weeks;

WHEREAS, at least 30 days before any final settlement of this matter can be entered, EPA must provide notice of such settlement in the Federal Register and an opportunity for public comment pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g);

WHEREAS, no previous requests for extensions of time or continuances have been filed in this case, and the parties believe that the requested 90-day continuances below will not adversely affect the schedule of this case;

NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties, by and through their undersigned counsel, hereby stipulate to entry of an order that:

1. Extends EPA's time for responding to the complaint to December 6, 2010;

2. Continues the parties' deadline to file a Case Management Statement to January 19, 2011;

3. Continues the initial case management conference to January ~~26~~ 27, 2011 at 2:00pm or a date and time thereafter set by the Court.

**COUNSEL FOR PLAINTIFFS:**

Dated:  August 10, 2010            /s/ Richard Toshiyuki Drury (with permission)
                                   GIDEON KRACOV (SBN 179815)
                                   801 S. Grand Avenue, Ste. 1100
                                   Los Angeles, CA 90017

```
213.629.2071
FAX 213.623.7755
gk@gideonlaw.net

RICHARD TOSHIYUKI DRURY (SBN 163559)
Lozeau | Drury LLP
410 12th Street, Suite 250
Oakland, CA 94607
Telephone: (510) 836-4200
FAX (510) 836-4205
richard@lozeaudrury.com
```

**COUNSEL FOR DEFENDANTS:**

Dated:   August 10, 2010          IGNACIA S. MORENO
                                  Assistant Attorney General
                                  Environment and Natural Resources Division

                                  /s/ Michelle R. Lambert
                                  MICHELLE R. LAMBERT
                                  Trial Attorney
                                  United States Department of Justice
                                  Environmental Defense Section
                                  P.O. Box 23986
                                  Washington, D.C. 20026-3986
                                  Telephone:  (202) 616-7501
                                  Fax: (202) 514-8865
                                  Email: michelle.lambert@usdoj.gov

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  8/11/10                   _____
                                  HON. PHYLLIS J. HAMILTON
                                  UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

**CERTIFICATE OF SERVICE**

On August 10, 2010, a true and correct copy of the foregoing Stipulation to Continue Answer and Initial Case Management Deadlines and [Proposed] Order was served electronically via the Court's e-filing system to Counsel of Record.

                                              /s/ Michelle R. Lambert
                                              MICHELLE R. LAMBERT