IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

MICHELLE R. LAMBERT
Trial Attorney
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:    (202) 616-7501
Fax:   (202) 514-8865
Email: michelle.lambert@usdoj.gov
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMITE CIVICO DEL VALLE, INC., | Case No. 10-cv-02859-PJH |
| Plaintiff, | **STIPULATION TO CONTINUE ANSWER DEADLINE** |
| v. | **AND** |
| LISA JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, and JARED BLUMENFELD, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency, | [~~PROPOSED~~] **ORDER THEREON** |
| Defendants. | |

WHEREAS, on June 29, 2010, Plaintiff Comite Civico del Valle, Inc. filed the complaint in the above-captioned matter against Defendants Lisa P. Jackson, in her official capacity as Administrator of the United States Environmental Protection Agency, and Jared Blumenfeld, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency (collectively, "EPA"), alleging that EPA failed to fulfill a certain non-discretionary duty under the Clean Air Act, 42 U.S.C. §§ 7401-7671q, and that such alleged failure is actionable under section 304(a)(2) of the Act, 42 U.S.C. § 7604(a)(2);

WHEREAS, on August 11, 2010, pursuant to stipulation, and to allow the parties time to resolve this case through private settlement, the Court entered an order, Dkt. 12: (1) extending EPA's time for answering or otherwise responding to Plaintiffs' complaint to December 6, 2010; (2) continuing the parties' deadline to a Case Management Statement to January 19, 2011; and (3) continuing the initial case management conference to January 27, 2011 at 2:00pm;

WHEREAS, on October 12, 2010, EPA lodged a proposed consent decree with the Court containing the terms of the proposed settlement of this action that, if entered, will fully resolve Plaintiff's nondiscretionary duty claim against EPA in this Clean Air Act citizen suit;

WHEREAS, on November 3, 2010, a notice of the proposed consent decree was published in the Federal Register, 75 Fed. Reg. 67719 (November 3, 2010), to provide an opportunity for public comment pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g);

WHEREAS, the 30 day period for public comment closes on December 3, 2010;

WHEREAS, pursuant to the Clean Air Act, EPA will promptly consider any written comments received during this comment period and, if none of the comments disclose facts or considerations which indicate that the proposed consent decree is inappropriate, improper, inadequate, or inconsistent with the requirements of the Clean Air Act, EPA will move the Court for entry of the decree;

WHEREAS, the parties believe that the requested 14-day continuance below will

accommodate EPA's consideration of any comments received during the requisite public comment process noted above and is in the interest of preserving the time and resources of the parties and of this Court;

    NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties, by and through their undersigned counsel, hereby stipulate to entry of an order that continues EPA's time for responding to the complaint to December 20, 2010.

**COUNSEL FOR PLAINTIFFS:**

Dated: November 16, 2010

/s/ Gideon Kracov (with permission)
GIDEON KRACOV (SBN 179815)
801 S. Grand Avenue, Ste. 1100
Los Angeles, CA 90017
213.629.2071
FAX 213.623.7755
gk@gideonlaw.net

RICHARD TOSHIYUKI DRURY (SBN 163559)
Lozeau | Drury LLP
410 12th Street, Suite 250
Oakland, CA 94607
Telephone: (510) 836-4200
FAX (510) 836-4205
richard@lozeaudrury.com

**COUNSEL FOR DEFENDANTS:**

Dated: November 16, 2010

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

/s/ Michelle R. Lambert
MICHELLE R. LAMBERT
Trial Attorney
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: (202) 616-7501
Fax: (202) 514-8865
Email: michelle.lambert@usdoj.gov

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/17/10

HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton

## **CERTIFICATE OF SERVICE**

On November 16, 2010, a true and correct copy of the foregoing Stipulation to Continue Answer Deadline and Proposed Order Thereon was served electronically via the Court's e-filing system to Counsel of Record.

      /s/ Michelle R. Lambert

MICHELLE R. LAMBERT